[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

Nos. 11-11894 & 11-12173
_____

D.C. Docket No. 1:10-cv-22175-CMA

LAWRENCE MEADOWS,

Plaintiff - Appellant,

versus

AMERICAN AIRLINES, INC.,
A foreign corporation,
AMERICAN AIRLINES, INC. PILOT
RETIREMENT BENEFIT PROGRAM,
ERISA benefit plan, et al.,

Defendants - Appellees.

_____

Appeals from the United States District Court
for the Southern District of Florida
_____

(May 29, 2013)

Before BARKETT and MARCUS, Circuit Judges, and CONWAY,[*] District Judge.

PER CURIAM:

Lawrence Meadows appeals two of the district court's orders in this case. First, he challenges the district court's order granting summary judgment in favor of Appellees American Airlines, Inc., its Pilot Retirement Benefit Program, and its Pension Benefits Administration Committee. Second, he seeks reversal of the district court's order denying his motion to alter judgment. Because we find no error in the first order, we have no reason to consider Meadows' appeal of the second.

Meadows received disability benefits through American Airlines' Pilot Retirement Benefit Program (the "Plan") until December 26, 2007, when they were terminated by the company. One of the provisions governing eligibility to receive benefits under the Plan states that "[a] Member's Disability will be considered to cease to exist if . . . verification of such Disability can no longer be established." For all of the reasons articulated in the district court's thorough and well-reasoned order, we find that Appellee's termination of Meadows' benefits was not arbitrary and capricious when Meadows failed to provide the Plan administrators with sufficient evidence to establish that his condition had been properly diagnosed and treated.

---

[*] Honorable Anne C. Conway, Chief Judge, United States District Court for the Middle District of Florida, sitting by designation.

**AFFIRMED.**